UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-46611 |
|---|---|
| KEVIN JOHNSON | (Chapter 13) |
| KATINA Y JOHNSON | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3976189**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 13/ 53 | SAMARITAN EMERGENCY CORP<br>% NCO FINANCIAL SYSTEMS INC<br>BOX 41567<br>PHILADELPHIA, PA  19101 | 17.40 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/28/2009

Certificate of Service          05-46611

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

| | | |
|---|---|---|
| KEVIN JOHNSON<br>KATINA Y JOHNSON<br>105 HORACE STREET<br>DAYTON, OH 45402 | JEFFREY P ALBERT<br>4403 N MAIN ST<br>DAYTON, OH 45405 | (75.1n)<br>ALICE WHITTEN<br>PO BOX 183853<br>ARLINGTON, TX 76096 |
| (78.1n)<br>AMERICREDIT<br>% ALICE WHITTEN<br>PO BOX 183853<br>ARLINGTON, TX 76096 | (76.1n)<br>DYCK ONEAL INC<br>BOX 13370<br>ARLINGTON, TX 76094 | (77.1n)<br>ECAST SETTLEMENT CORPORATION<br>BOX 7247 6971<br>PHILADELPHIA, PA 19170 |
| (71.1n)<br>JOEL K JENSEN<br>LERNER SAMPSON & ROTHFUSS<br>BOX 5480<br>CINCINNATI, OH 45201 | (53.1)<br>SAMARITAN EMERGENCY CORP<br>% NCO FINANCIAL SYSTEMS INC<br>BOX 41567<br>PHILADELPHIA, PA 19101 | (53.3)<br>SAMARITAN EMERGENCY CORP<br>% NCO FINANCIAL SYSTEMS INC<br>1804 WASHINGTON BLVD #500<br>BALTIMORE, MD 21230 |

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner                              cs